IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 22-CR-261-01-RK |
| | ) | |
| CLAUDE NGENEVU CHI, | ) | |
| | ) | |
| Defendant. | ) | |

**PROFFER OF DEFENDANT CHI'S TESTIMONY**

Mr. Chi was born and raised in the anglophone region of Cameroon before emigrating to the United States in 2011. Since then, Mr. Chi has remained in contact with family, friends, and schoolmates in Cameroon. Mr. Chi has also followed news reports, social media, and government reports on the humanitarian crisis in Cameroon, which began in 2016.

Mr. Chi joined the Interim Government of the Federal Republic of Southern Cameroons (also known as Ambazonia) in 2018 and was elected as the Treasurer of Ngoketunjia County. Mr. Chi subsequently became the Ndop Local Government [LGA] Chairman. In that capacity, Mr. Chi has spoken with many persons victimized by the Cameroon government, and with the families of victims.

1

Based on his knowledge and experience, Mr. Chi reasonably believed the people of Southern Cameroon were in immediate danger of unlawful bodily harm and death resulting from the illegal actions of the Cameroon government. Thousands of innocent people (including Mr. Chi's family and loved ones) were harmed through arson, injury, and death, before Mr. Chi took any action. Mr. Chi acted only in response to extensive and widespread government-sponsored violence in the territory. Mr. Chi provided support he believed was necessary to counteract the danger posed by the Cameroon government.

The Ambazonian Restoration Forces [ARF] were created to respond to the violence and hostilities in the territory caused by the Cameroon government. Mr. Chi believed the response of force used by the ARF was proportionate to the unlawful threat posed by the Cameroon government. At no point, did the degree of force used by the ARF come close to matching the force and destruction that the Cameroon government inflicted on the people of Southern Cameroon.

Mr. Chi believed the actions of the Cameroon government agents were unlawful under the Cameroonian Constitution and international law. Such actions were coercive, violent, and brutal. The actions of the Cameroon

government were directed against an entire region of people and created an imminent danger to millions of civilians taking no part in hostilities. The conduct of the Cameroon government induced a well-grounded apprehension of death and serious bodily injury to Mr. Chi's native people.

But for the unlawful, systematic, and widespread violent attacks perpetrated by the Cameroon government, Mr. Chi would not have acted. Mr. Chi's support was directly aimed at reducing acts of violence and brutality committed by the Cameroon government. Mr. Chi's support was contingent on the ARF respect of the Ngoketunjia county bylaws, county code of conduct, and the rules of engagement during armed conflict. Due to the Cameroon government being the aggressor, Mr. Chi did not see a reasonable alternative to ameliorate the situation. Mr. Chi also engaged in international advocacy and diplomacy aimed at securing a long-term solution to the crisis.

Respectfully submitted,

/s/*Stephen C. Moss*
STEPHEN C. MOSS
Assistant Federal Public Defender
1000 Walnut, Suite 600
Kansas City, Missouri 64106
(816) 471-8282
steve_moss@fd.org

## CERTIFICATE OF SERVICE

    It is certified the foregoing was electronically filed and e-mailed to all parties on this 29th day of September, 2025, under the ECF System.

                                        /s/***Stephen C. Moss***
                                        STEPHEN C. MOSS