IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:22-CR-00261-RK |
| ) | |
| LAH NESTOR LANGMI, ) | |
| ) | |
| Defendant. ) | |

**<u>PROFFER OF DEFENDANT LAH NESTOR LANGMI'S TESTIMONY</u>**

Defendant, Lah Nestor Langmi, respectfully provides the following proffer of his testimony:

In 2016, lawyers and teachers in the Anglophone Regions of Cameroon presented grievances to the Government of Cameroon. These peaceful protests were met with brutal and unlawful attacks by the government forces which violated not only the Cameroon Constitution but the Geneva Convention. Hundreds of protestors were hunted, arrested, tortured, raped, and killed by extrajudicial executions. The people of the Anglophone Region of Cameroon declared their independence on October 1, 2017. Creating the Republic of Southern Cameroon or "Ambazonia". This independent country organized a government controlled by various Counties, one being the County of Ngoketunjia. Each County is governed by its own law, code of conduct. The Abazonian Government also created the Ambazonian Restoration Forces ("ARF") and the ARF Rules of Engagement.

Mr. Lah Nestor Langmi was born in Ngoketunia County in Southern Cameroon where he lived until 2004 when he fled the persecution of the Cameroon Government. Mr. Langmi first fled to Nigeria where he resided in a refugee camp until he was granted asylum to the United

States in 2008 and arrived in the United States in 2010. The United States Government recognized Mr. Langmi had a credible and realistic fear to his life because he was from the anglophone region of Cameroon and would suffer an immediate threat to his life should he be forced to stay in Cameroon due to the brutal and unlawful actions of the Cameroon government. towards Mr. Langmi.

Mr. Langmi became a United States citizen in 2014. The shockingly brutal and unlawful actions of the Cameroon Government towards the people of Ambozonia continued and intensified after the creation of the separate country. The Cameroon Government's actions and threats directly affected Mr. Langmi.

Over 15 members of his family were brutally killed by the Cameroon Government. None of these family members were active participants in the hostilities. In 2017, after Ambazonia had declared Independence, his Aunt Amina Kah was killed in her home when Cameroon government forces burned it with her inside. Also in 2017, his nephew, Franklin Patem was shot to death in his home. He was also not an active participant in the hostilities. Mr. Langmi has also lost his Brother Sama Kennedy to the Cameroon government's brutal genocide against the Ambazonian people. Mr. Langmi's In-Law's home was also burned to the ground by Cameroon forces. Mr. Langmi has lost many other friends, family and neighbors since the hostilities began.

Mr. Langmi was not a participant in the protests or uprising against the Cameroon Government before the declaration of independence and the creation of the Republic of Ambazonia. Only after the matter became an international conflict, did Mr. Langmi become involved.

Mr. Langmi was elected as Defense Council Chairman of Ngoketunjia County and Balikumbat Local Government in 2018 a year after the creation of the Republic of Ambazonia. He was also elected as the Spokesman of ANSC (Ambazonian National Self Defense Council) in 2018. Mr. Langmi's role was to support the self-defense of the Ambazonian people. No acts of aggression were to be carried out by the ARF on the civilians. Mr. Langmi never returned to Ambazonia. While he was never in physical control of the actions of those on the ground acting as the ARF, he made various suggestions as to actions for the ARF which at all times complied with the Code of Conduct of Ngoketunjia County, the ARF Rules of Engagement, and the Law of Armed Conflict. The actions taken by the ARF were to be proportionate to the unlawful actions of the Cameroon Government.

The Cameroon Government's actions were unlawful under the Constitution of Cameroon and International treaties. Their unlawful actions constitute a primary illegality that was outrageous and shocks the universal sense of justice.

But for the brutual, unlawful violence directed at the Ambazonian people by the Cameron government, Mr. Langmi would not have acted. He was left with no other reasonable alternative to protect his family, friends and fellow Ambazonians. At all times, his actions were governed under the Code of Conduct for Ngoketunjia County, proportional to the actions of the Cameroon Government, and required basic humane treatment for all. His intent was for all actions to be in accordance with the ARF Rule of Engagement, which all members of the ARF in Ambazonia were to follow and adhere to.

Respectfully submitted,

WOOD IKRAM LAW FIRM

By _____
J. Lindsey Ikram     MO Bar # 68155
Lindsey@woodikramlaw.com
1201 NW Briarcliff Parkway, 325
Kansas City, MO 64116
T: (816) 875-4649
F: (816) 466-5009
Attorney for Defendant Langmi

Page 4 of 4
Case 4:22-cr-00261-RK     Document 168     Filed 09/29/25     Page 4 of 4