# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Case No. 22-00261-01/03-CR-W-RK |
| CLAUDE CHI, ET AL., | |
| Defendants. | |

## GOVERNMENT'S RULE 902 NOTICE OF INTENT TO
## INTRODUCE CERTIFIED AND SELF-AUTHENTICATING RECORDS

The United States provides written notice, under Rule 902, that it intends to introduce the following certified and self-authenticating records at trial:

(1) Certified copies of business records obtained from eBay, Inc.

Copies of these certified records have been produced to the defendants in discovery.

                                          Respectfully submitted,

                                          R. Matthew Price
                                          United States Attorney

                By     /s/Sean T. Foley

                      Sean T. Foley
                      Assistant United States Attorney

                      /s/Joseph M. Marquez

                      Joseph M. Marquez
                      Assistant United States Attorney
                      Charles Evans Whittaker Courthouse
                      400 East Ninth Street, Suite 5510
                      Kansas City, Missouri 64106
                      Telephone: (816) 426-3122

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was delivered on November 3, 2025, to the CM-ECF system of the United States District Court for the Western District of Missouri for electronic delivery to all counsel of record.

/s/Sean T. Foley
Sean T. Foley
Assistant United States Attorney